**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Jose DIVISION**

In re: PROTRADES CONNECTION, INC.  §  Case No. 15-51000
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Kari S Bowyer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $0.00 **(without deducting any secured claims)** | Assets Exempt:   NA |
| Total Distributions to Claimants:   $964,200.63 | Claims Discharged Without Payment:   NA |
| Total Expenses of Administration:   $153,460.74 | |

   3) Total gross receipts of $1,117,661.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,117,661.37 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $128,490.74 | $153,460.74 | $153,460.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $800.00 | $800.00 | $800.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,972,688.00 | $2,430,752.68 | $2,430,752.68 | $963,400.63 |
| **TOTAL DISBURSEMENTS** | $2,972,688.00 | $2,560,043.42 | $2,585,013.42 | $1,117,661.37 |

4) This case was originally filed under chapter 7 on 03/27/2015. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2017

By: /s/ Kari S Bowyer

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable from Reliance Insurance Co. | 1129-000 | $55,081.00 |
| Accounts receivable from AIG | 1129-000 | $1,062,471.97 |
| Chase Bank Tracy, CA (est.) | 1129-000 | $108.40 |
| **TOTAL GROSS RECEIPTS** | | **$1,117,661.37** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kari Silva Bowyer | 2100-000 | NA | $56,779.84 | $56,779.84 | $56,779.84 |
| Trustee, Expenses - Kari Silva Bowyer | 2200-000 | NA | $79.93 | $49.93 | $49.93 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $10,435.75 | $10,435.75 | $10,435.75 |
| Other Chapter 7 Administrative Expenses - FRANCHISE TAX BOARD | 2990-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney for Trustee Fees (Other Firm) - Duane Morris LLP | 3210-000 | NA | $55,622.00 | $55,622.00 | $55,622.00 |
| Attorney for Trustee Expenses (Other Firm) - Duane Morris LLP | 3220-000 | NA | $821.09 | $821.09 | $821.09 |
| Accountant for Trustee Fees (Other Firm) - Bachecki, Crom & Co. | 3410-000 | NA | $3,898.50 | $3,898.50 | $3,898.50 |
| Accountant for Trustee Expenses (Other Firm) - Bachecki, Crom & Co. | 3420-000 | NA | $53.63 | $53.63 | $53.63 |
| Other Professional Fees - NSite Solution LLC | 3991-000 | NA | $0.00 | $25,000.00 | $25,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$128,490.74** | **$153,460.74** | **$153,460.74** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $800.00 | $800.00 | $800.00 |
| N/F | Employment Development Department | 5800-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$800.00** | **$800.00** | **$800.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-3 | California Self-Insurers' Security Fundc/o Nixon Peabody LLP | 7100-000 | $0.00 | $104,752.56 | $104,752.56 | $41,517.46 |
| 2 | Richard Duquette | 7100-000 | $2,972,688.00 | $2,326,000.12 | $2,326,000.12 | $921,883.17 |
| 4 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AIG Property Casualty, Inc. AIG Inc. Attn: Ryan G. Foley | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | David Lively c/o Hopkins & Carley | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,972,688.00** | **$2,430,752.68** | **$2,430,752.68** | **$963,400.63** |

Exhibit 8

Page: 1

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 15-51000

**Case Name:** PROTRADES CONNECTION, INC.

**For Period Ending:** 01/11/2017

**Trustee Name:** (001760) Kari S. Bowyer

**Date Filed (f) or Converted (c):** 03/27/2015 (f)

**§ 341(a) Meeting Date:** 05/05/2015

**Claims Bar Date:** 11/21/2015

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| **Ref. #** | | | | | | |
| 1 | Chase Bank Tracy, CA (est.) | 130.00 | 130.00 | | 108.40 | FA |
| 2 | Accounts receivable from Reliance Insurance Co. | 190,000.00 | 55,081.00 | | 55,081.00 | FA |
| 3 | Accounts receivable from AIG | 400,000.00 | 1,062,394.00 | | 1,062,471.97 | FA |
| 4 | Disabled Non-Operable Computers | 0.00 | 0.00 | | 0.00 | FA |
| **4** | **Assets**      **Totals**      (Excluding unknown values) | **$590,130.00** | **$1,117,605.00** | | **$1,117,661.37** | **$0.00** |

Case: 15-51000   Doc# 47   Filed: 01/23/17   Entered: 01/23/17 12:55:46   Page 6 of 14

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 15-51000

**Case Name:** PROTRADES CONNECTION, INC.

**For Period Ending:** 01/11/2017

**Trustee Name:** (001760) Kari S. Bowyer

**Date Filed (f) or Converted (c):** 03/27/2015 (f)

**§ 341(a) Meeting Date:** 05/05/2015

**Claims Bar Date:** 11/21/2015

**Major Activities Affecting Case Closing:**

03/27/15 Review auto-assign case to determine if immediate action should be taken.
05/03/15 Review documents and other submitted information to prepare for scheduled meeting of creditors.
05/5/15 Conducted meeting of creditors.
05/17/15 Review documents submitted on 5/13/15 and request additional documents be provided.
05/26/15 Drafted and mail demand letter to AIG mailed to four entities including National Union Fire and California agent for service.
06/5/15  Contact Marcus Calabianchi  of Duane Morris to see if he could represent the estate
06/18/15 Email with proposed counsel Marcus Colabianchi re response to demand letter
07/7/15  Receive and review correspondence from AIG counsel
07/10/15 Received additional documentation from Debtor's principal supporting amount owed
07/24/15  Received email and voicemail from prior employee of AIG who indicated he is interested in helping the estate recover funds he believes is owed by AIG.
08/6/15  Follow-up email to arrange a time to speak with former AIG employee
08/7/15  Phone conference with former AIG employee, email to counsel re same.
09/9/15 Correspondence from counsel re status of offer
09/16/15 Received offer from AIG, requested additional time to analyze offer.
10/4/15 Further request for account number and supporting documents to send a demand correspondence to Reliance.
10/21/15 Phone conference with estate's counsel re offer from AIG
10/23/15 Conference with potential consultant.
10/26/15 Review and revise consulting agreement and application to employ.
11/2/15 Email correspondence to/from estate's counsel re employment of professional and correspondence to Debtor's counsel.
11/18/15 Email to counsel re status of formalized settlement agreement
11/20/15 Review Cal Security amended POC and provide to counsel for review.
12/3/15 Phone conference with counsel re response to Reliance demand letter.
12/16/15 Review draft of settlement agreement and request conference with counsel to discuss.
12/20/15 Review and revise draft notice of settlement.
12/22/15 Review and revise draft declaration.
01/06/16 Review email re status of closeout with Reliance.
01/07/16 Review email from counsel re conversation with Debtor's counsel re California's Security Fund Claim.
01/19/16 Review finalized settlement with AIG and return to counsel.
01/19/16 Email to counsel re closeout with Reliance.
01/27/16 Email to/from counsel re turnover of funds from Reliance.
02/09/16 Review email from creditor Duquette and respond to same.
02/09/16 Email to Jay Crom re representation of the estate as estate's accountant.

Case: 15-51000   Doc# 47   Filed: 01/23/17   Entered: 01/23/17 12:55:46   Page 7 of 14

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 15-51000

**Case Name:** PROTRADES CONNECTION, INC.

**For Period Ending:** 01/11/2017

**Trustee Name:** (001760) Kari S. Bowyer

**Date Filed (f) or Converted (c):** 03/27/2015 (f)

**§ 341(a) Meeting Date:** 05/05/2015

**Claims Bar Date:** 11/21/2015

03/02/16 Email to counsel re recovery of funds from Reliance.

03/02/16 Review email from accountant re tax returns for the estate.

03/15/16 Prepare and file ex-parte application to pay administrative expenses.

03/21/16 Mail check to the Franchise Tax Board for administrative costs.

04/21/16 Received notice from Franchise Tax Board re payment of 2015 estimated tax, forwarded to accountant to review to confirm no action required by the estate.

05/09/16 Review email from Reliance re regarding estate funds; Phone conference with counsel re return of reliance funds.

05/11/16 Review email correspondence to/from counsel re the Self-Insurer's Security Fund proof of claim.

05/13/16 Phone conference with counsel re 2004 examination documents and Cal Self-insurance claim

05/14/16 Review emails from counsel re potential settlement terms with the California fund's claim

05/18/16 Phone conference with counsel re two remaining issues.

05/26/16 Review documents received in response to 2004 document demand.

06/09/16 Phone conference with counsel re Reliance

06/12/16 Email to estate's counsel re prompt determination letter.

06/23/16 Review and revise proposed settlement agreement with Reliance.

06/24/16 Phone call with counsel re settlement and creditor issue

07/19/16 Review proposed order on Reliance settlement.

07/25/16 Received notice of subpoena for business records, forwarded to counsel for review.

07/28/16 Confirmed order still has not been entered on settlement. After settlement offer approved, move forward with preparing tax return and filing TFR.

08/01/16 Confirm order entered approving settlement, provided notice to counsel. Draft and email correspondence in response to corporate records.

08/10/16 Received notice of incoming wire- informed estate's counsel. Confirm no further assets to liquidate. Requested counsel begin preparation of first and final application for compensation.

08/11/16 Email to estate's accountant requesting preparation of final tax returns for the estate.

08/27/16 Review tax return, sign date and return to accountant

08/30/16 Email to estate's counsel re status of review of fees

09/06/16 Review counsel's fee application, issues with a couple of charges return to adjust.

09/12/16 Review updated counsel fee application, sign and return to counsel

09/20/16 Begin preparation of TFR.

09/24/16 Finalize TFR and submit to the Office of the UST.

10/4/16 Review and respond to question from creditor re proposed distribution

12/1/16 Hearing on final account and report- attended hearing in person. Requested reduction of expenses by $30.00 (cost of court call, because did not use). Prepared and uploaded order.

01/11/17 Confirmed $0 bank balance, prepare TDR.

Case: 15-51000   Doc# 47   Filed: 01/23/17   Entered: 01/23/17 12:55:46   Page 8 of 14

Exhibit 8

Page: 4

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:**      15-51000

**Case Name:**      PROTRADES CONNECTION, INC.

**Trustee Name:**      (001760) Kari S. Bowyer

**Date Filed (f) or Converted (c):**  03/27/2015 (f)

**§ 341(a) Meeting Date:**   05/05/2015

**For Period Ending:**      01/11/2017

**Claims Bar Date:**  11/21/2015

**Initial Projected Date Of Final Report (TFR):**      08/31/2016

**Current Projected Date Of Final Report (TFR):**      09/24/2016 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 9
Page: 1

# Form 2

# Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-51000 | | | **Trustee Name:** | Kari S. Bowyer (001760) | |
| **Case Name:** | PROTRADES CONNECTION, INC. | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***1602 | | | **Account #:** | ******0466 Checking Account | |
| **For Period Ending:** | 01/11/2017 | | | **Blanket Bond (per case limit):** | $92,391,005.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 05/18/2015 | {1} | Richard Duquette | Funds from closed bank account. ~ | 1129-000 | 108.40 | | 108.40 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 98.40 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 88.40 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 78.40 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 68.40 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 58.40 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 48.40 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 38.40 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 28.40 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 18.40 |
| 02/05/2016 | {3} | National Union Fire Insurance Comp | Return of AIG collateral | 1129-000 | 77.97 | | 96.37 |
| 02/05/2016 | {3} | National Union Fire Insurance Comp | Return of AIG collateral | 1129-000 | 1,062,394.00 | | 1,062,490.37 |

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-51000 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | PROTRADES CONNECTION, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1602 | Account #: | ******0466 Checking Account |
| For Period Ending: | 01/11/2017 | Blanket Bond (per case limit): | $92,391,005.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/16/2016 | 101 | NSite Solution LLC | Commission earned- paid pursuant to court order (Doc. 17), Notice is Doc. 14) | 3991-000 | | 25,000.00 | 1,037,490.37 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,112.87 | 1,036,377.50 |
| 03/20/2016 | 102 | Franchise Tax Board | 2016 Corporate Estimated Tax, 100-ES; Protrades Connection Inc. TIN 77-0241602; Order approving payment Dkt #22 | 2990-000 | | 800.00 | 1,035,577.50 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,635.42 | 1,033,942.08 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,433.86 | 1,032,508.22 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,431.68 | 1,031,076.54 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,627.10 | 1,029,449.44 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,427.44 | 1,028,022.00 |
| 08/10/2016 | {2} | Reliance Insurance Company | Final Cash-out of collateral | 1129-000 | 55,081.00 | | 1,083,103.00 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,677.38 | 1,081,425.62 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                              ! - transaction has not been cleared

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-51000 | |
| **Case Name:** | PROTRADES CONNECTION, INC. | |
| **Taxpayer ID #:** | **-***1602 | |
| **For Period Ending:** | 01/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | Kari S. Bowyer (001760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******0466 Checking Account |
| **Blanket Bond (per case limit):** | $92,391,005.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/02/2016 | 103 | Bachecki, Crom & Co. | Combined dividend payments for Claim #Dkt. 34, Dkt. 34 | | | 3,952.13 | 1,077,473.49 |
| | | | Claims Distribution - Fri, 12-02-2016 $3,898.50 | 3410-000 | | | 1,077,473.49 |
| | | | Claims Distribution - Fri, 12-02-2016 $53.63 | 3420-000 | | | 1,077,473.49 |
| 12/02/2016 | 104 | Duane Morris LLP | Combined dividend payments for Claim #Dkt. 35, Dkt. 35 | | | 56,443.09 | 1,021,030.40 |
| | | | Claims Distribution - Fri, 12-02-2016 $55,622.00 | 3210-000 | | | 1,021,030.40 |
| | | | Claims Distribution - Fri, 12-02-2016 $821.09 | 3220-000 | | | 1,021,030.40 |
| 12/02/2016 | 105 | Kari Silva Bowyer | Combined dividend payments for Claim #FEE, TE | | | 56,829.77 | 964,200.63 |
| | | | Claims Distribution - Fri, 12-02-2016 $56,779.84 | 2100-000 | | | 964,200.63 |

{} Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                                              ! - transaction has not been cleared

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 15-51000 | |
| Case Name: | PROTRADES CONNECTION, INC. | |
| Taxpayer ID #: | **-***1602 | |
| For Period Ending: | 01/11/2017 | |

| | |
|---|---|
| Trustee Name: | Kari S. Bowyer (001760) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******0466 Checking Account |
| Blanket Bond (per case limit): | $92,391,005.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Fri, 12-02-2016<br><br>$49.93 | 2200-000 | | | 964,200.63 |
| 12/02/2016 | 106 | FRANCHISE TAX BOARD | Claim Dividend paid 100.00% on $800.00 ] Claim Number 3 Claim Filed Amount $800.00 | 5800-000 | | 800.00 | 963,400.63 |
| 12/02/2016 | 107 | California Self-Insurers' Security Fundc/o Nixon Peabody LLP | Claim Dividend paid 39.63% on $104,752.56 ] Claim Number 1-3 Claim Filed Amount $104,752.56 | 7100-000 | | 41,517.46 | 921,883.17 |
| 12/02/2016 | 108 | Richard Duquette | Claim Dividend paid 39.63% on $2,326,000.12 ] Claim Number 2 Claim Filed Amount $2,326,000.12 | 7100-000 | | 921,883.17 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 1,117,661.37 | 1,117,661.37 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 1,117,661.37 | 1,117,661.37 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $1,117,661.37 | $1,117,661.37 | |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                                                    ! - transaction has not been cleared

**Exhibit 9**

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-51000 | **Trustee Name:** | Kari S. Bowyer (001760) |
| **Case Name:** | PROTRADES CONNECTION, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1602 | **Account #:** | ******0466 Checking Account |
| **For Period Ending:** | 01/11/2017 | **Blanket Bond (per case limit):** | $92,391,005.00 |
| | | **Separate Bond (if applicable):** | N/A |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******0466 Checking Account | $1,117,661.37 | $1,117,661.37 | $0.00 |
| | **$1,117,661.37** | **$1,117,661.37** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)